PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. HUDSON, | ) | |
| | ) | CASE NO. 4:24-cv-2129 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| S. SMALLWOOD, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |
| | ) | [Resolving ECF Nos. 42 and 43] |
| | ) | |

Almost as soon as discovery commenced in this case, there has been a dispute in some form or another between the parties, including Defendant's failure to respond to discovery requests for over three months and Plaintiff's unsolicited motions to compel certain records relating to disciplinary records of other inmates. The Court referred this case to the Honorable Magistrate Judge Knapp to resolve the discovery disputes. She has been diligently working with the parties to resolve the ongoing issues.

On August 4, 2026, the parties submitted a joint status report, intimating that several issues remained pending, including Plaintiff's request for disciplinary records of a fellow inmate. ECF No. 41. Magistrate Judge Knapp subsequently scheduled additional, limited briefing on the issue, ordering Defendant to file his legal authority supporting his position by August 14, 2026, and Plaintiff to file his legal authority supporting his position by August 28, 2026. Min. of Proc. [non-document] 8/11/2026.

On the day his brief was due, Defendant objected, complaining that the briefing order erroneously shifted the burden to him to show why Plaintiff is not entitled to the requested records. ECF No. 42. In addition, Defendant filed a Motion to Stay (ECF No. 43) complaining that he needs more than three days to comply with the magistrate judge's order. That he was asked to brief the issue first does not amount to a burden shift. Defendant's objection to Magistrate Judge Knapp's August 11, 2026 Order (ECF No. 42) is overruled.

Similarly, his Motion to Stay (ECF No. 43) is denied. Defendant shall, however, be granted additional time until August 21, 2026, to file the briefing ***as ordered*** by Magistrate Judge Knapp. Plaintiff shall also be granted additional time to respond to Defendant's briefing. Plaintiff shall file his response by September 4, 2026.

IT IS SO ORDERED.

August 17, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge